**IT IS ORDERED as set forth below:**

**Date: October 18, 2010**

_____
C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: { | CHAPTER 13 |
| JERMAINE RAINFORD GAYLE { | |
| { | CASE NO. A10-86622-CRM |
| DEBTOR { | |
| { | JUDGE MULLINS |

**ORDER DISMISSING CASE FOR FAILURE TO COMPLY
WITH 11 U.S.C. §109(h) AND 11 U.S.C. §521(b)**

This matter came before the Court at a regularly scheduled hearing on October 5, 2010 at 10:00 a.m. on the Chapter 13 Trustee's Motion to Dismiss Case for Failure to Comply with 11 U.S.C. § 109(h) and 11 U.S.C. § 521(b). It appears that Debtor is ineligible to be in Chapter 13 based on the fact that Debtor has failed to certify attendance at credit counseling from an approved agency within 180 days prior to filing required under 11 U.S.C. §109(h) and 11 U.S.C.

§ 521(b). Therefore, it is hereby   **ORDERED**, that the Trustee's Motion is **GRANTED** and this

case is **DISMISSED**.  The clerk is directed to serve this order on all parties in the case.

**END OF DOCUMENT**

Presented by:

/s/_____
Maria J. Kirtland
Chapter 13 Trustee
GA Bar No.: 118350
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

## DISTIBUTION LIST

**CASE NO. A10-86622-CRM**

Debtor:
Jermaine Rainford Gayle
90 Silver Willow Walk
Covington, GA 30016

Attorney for Debtor:
Pro Se

Chapter 13 Trustee:
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303

*(ALL CREDITORS LISTED ON MAILING MATRIX)*

```
Label Matrix for local noticing        Atlanta Division                      American Infosource Lp As Agent for
113E-1                                  1340 Russell Federal Building        T Mobile/T-Mobile USA Inc
Case 10-86622-crm                       75 Spring Street, SW                 PO Box 248848
Northern District of Georgia            Atlanta, GA 30303-3315               Oklahoma City, OK  73124-8848
Atlanta
Fri Oct  8 15:22:40 EDT 2010

US Bank Home Mortgage                   Jermaine Rainford Gayle              Nancy J. Whaley
PO Box 20005                            90 Silver Willow Walk                Nancy J. Whaley, 13 Trustee
Owens Boro KY 42304-0005                Covington, GA 30016-0309             Suite 120
                                                                             303 Peachtree Center Avenue
                                                                             Atlanta, GA 30303-1286
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Alphera Financial Svc                (u)Home Depot                        (u)State Farm Credit




(u)T Mobile                             End of Label Matrix
                                        Mailable recipients     5
                                        Bypassed recipients     4
                                        Total                   9
```